The People of the State of New York, Respondent,
against
Lawrence Russo, Appellant.




Joseph T. Lee, for appellant.
Nassau County Attorney's Office (Nicholas Vevante of counsel), for respondent.

Appeal from a judgment of the District Court of Nassau County, Nassau County Traffic and Parking Violations Agency (Kenneth S. Diamond, J.H.O.), entered July 28, 2015. The judgment, after a nonjury trial, imposed a $50 civil liability plus a $30 administrative fee in an action to impose a civil liability upon defendant as the owner of a vehicle which had failed to comply with the posted maximum speed limit in a school speed zone, as recorded by a photo speed violation monitoring system device.




ORDERED that the judgment is reversed, without costs, the action is dismissed, and the fine and administrative fee, if paid, are remitted.
Following a nonjury trial held on July 28, 2015, a civil liability was imposed upon defendant as the owner of a vehicle which had been recorded by a "photo speed violation monitoring system" device failing to comply with the posted maximum speed limit in a school speed zone in violation of Local Law No. 9-2014 of the County of Nassau (Local Law 9-2014).
Local Law 9-2014, which was enacted on June 26, 2014 pursuant to Vehicle and Traffic Law § 1180-c, amended title 72-B of the Miscellaneous Laws of Nassau County, "Vehicle Owner Liability For Failure Of Operator To Comply With Certain Posted Maximum Speed Limits," and provided, in part:
"§ 1. Program Established. The County of Nassau, pursuant to state statute, hereby [*2]establishes a demonstration program imposing monetary liability on the owner of a vehicle for failure of an operator thereof to comply with posted maximum speed limits in a school speed zone. Such program shall continue for as long as authority to conduct such program shall continue. (Emphasis added.)
§ 4 (5). Adjudication of the liability imposed upon owners shall be by the Nassau County Traffic and Parking Violations Bureau."
Pursuant to Local Law 19-2014 and Local Law No. 1-2015 of the County of Nassau, Local Law 9-2014 was repealed on December 18, 2014, "effective immediately." The general object of Local Law 9-2014 was to create and continue its demonstration program "for as long as authority to conduct such program shall continue" (Local Law 9-2014 § 1). Thus, the repeal of Local Law 9-2014 went beyond repealing the cause of action to impose civil liability upon an owner of a vehicle for failure of an operator thereof to comply with posted maximum speed limits in a school speed zone. Rather, the repeal of Local Law 9-2014 also abolished the jurisdiction of Nassau County to continue the demonstration program and of the Nassau County Traffic Violations Agency to adjudicate the imposition of liability (see People v Confino, 58 Misc 3d 26 [App Term, 2d Dept, 9th & 10th Jud Dists 2017]). Consequently, this action abated at the time Local Law 9-2014 was repealed (see Confino, 58 Misc 3d 26). Therefore, the Nassau County Traffic Violations Agency did not have jurisdiction to adjudicate the imposition of liability in this matter on July 28, 2015, when the instant trial was conducted.
Accordingly, the judgment is reversed and the action is dismissed.
MARANO, P.J., GARGUILO and BRANDS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 21, 2018